IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:26-84 |
| | ) | |
| v. | ) | 18 USC § 111(a)(1) |
| | ) | 18 USC § 111(b) |
| | ) | 18 USC § 924(d) |
| | ) | 28 USC § 2461(c) |
| MICHAEL GRESHAM | ) | |
| | ) | |
| | ) | **INDICTMENT** |

### COUNT 1
*(Assaulting, Resisting, Impeding, Intimidating, and Interfering with a Federal Employee)*

**THE GRAND JURY CHARGES**:

That on or about November 12, 2025, in Spartanburg County, in the District of South Carolina, the defendant, **MICHAEL GRESHAM**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated under Section 1114 of this Title as an officer and employee of the United States, namely a United States Postal Service City Carier, while engaged in and on account of performance of their official duties, and in the commission of any such acts, used a deadly or dangerous weapon, to wit: a Ruger New Model Blackhawk .357 revolver, with the intent to commit another felony;

In violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

## **FORFEITURE**

ASSAULT OFFENSE:

Upon conviction for felony violation of Title 18 United States Code § 111, as charged in this Indictment, the Defendant, **MICHAEL GRESHAM**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

    (a)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    used or intended to be used in the commission of the crime charged in this case;

        (2)    involved in or used in any knowing violation of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    Firearm:

    Ruger New Model Blackhawk .357 revolver with ammunition
    Serial No.   32-79631
    Seized from: Michael Gresham

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A ___true___ BILL

REDACTED

_____
FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Allen Lothrop Morris (Fed. ID # 14069)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:    864-282-2142
Fax:    864-233-3158
Email: Lothrop.Morris@usdoj.gov