RECORD OF GRAND JURY BALLOT

C/R 7-26-84

UNITED STATES OF AMERICA v. MICHAEL GRESHAM

(SEALED UNTIL FURTHER ORDER OF THE COURT)